BENJAMIN FANNING, Respondent, *v.* JOHN W. VROOMAN et al., Appellants.

(Argued March 7, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 17, 1887, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*J. H. Clute* for appellants.

*L. W. Baxter* for respondent.

Agree to confirm; no opinion.
All concur.
Judgment affirmed.

---

ALFRED BEINHAUER, Respondent, *v.* AMELIA A. GLEASON, Impleaded, etc., Appellant.

(Submitted March 7, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 28, 1888, which modified, and affirmed as modified, a judgment in favor of plaintiff and reversed the same as to certain of the defendants, entered upon a decision of the court on trial at Special Term, and vacated an order staying proceedings.

*William Sutphen* for appellant.

*Philip L. Wilson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.